**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
MIGUEL MIRANDA, :
:
          Plaintiff, :      25-CV-2839 (PAE) (OTW)
:
          -against- :
:      **INITIAL CASE MANAGEMENT**
EZ SHOP OF 170TH ST., INC., et al., :      **CONFERENCE ORDER**
:
          Defendants. :
:
:
------------------------------------------------------------x

    **ONA T. WANG**, **United States Magistrate Judge**:

    The Initial Case Management Conference currently scheduled for July 1, 2025, and the parties' deadline to submit their Rule 26(f) Report are **ADJOURNED** *sine die*.

    **SO ORDERED.**

                                                                                *s/ Ona T. Wang*
Dated: June 12, 2025                                          **Ona T. Wang**
          New York, New York                          United States Magistrate Judge