**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
MIGUEL MIRANDA,

                Plaintiff,                            25-CV-2839 (PAE) (OTW)

        -against-                             **POST-CONFERENCE ORDER**

EZ SHOP OF 170TH ST., INC., et al.,

                Defendants.

-------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court held an Initial Case Management Conference on **Tuesday, October 07, 2025.** Counsel for Defendants did not appear. (*see* ECF 25 – 26). For the reasons stated on the record, the parties are directed by **October 17, 2025** to:

- complete and file a new Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://www.nysd.uscourts.gov/hon-ona-t-wang, using the new fact discovery date of **December 19, 2025**; and

- file a joint letter on the docket detailing the steps they have taken to comply with the Court's Mediation Referral (ECF 27). If the parties have scheduled their mediation, they may seek a stay of this case.

To the extent Plaintiff wishes to file a motion for costs related to the October 7 conference, they must also do so by **October 17**. Defendant's opposition will be due **October 31**. There will be no replies.

Plaintiff is directed to serve a copy of the transcript from the status conference on Defendants' counsel.

**SO ORDERED.**

Dated: October 8, 2025
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge