UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MIGUEL MIRANDA, *individually and on behalf of others similarly situated,*

                          *Plaintiff,*

-against-

EZ SHOP OF 170TH ST., INC. (d/b/a EZ Shop), and VI CHAU,

                          *Defendants.*

-----------------------------------------------------------------X

Case No. **1:25-cv-02839**

**[Proposed Form Of]**

**JUDGMENT**

## **JUDGMENT**

ON February 5, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Miguel Miranda, has judgment against Defendants EZ SHOP OF 170TH ST., INC. (d/b/a EZ Shop), and Vi Chau, jointly and severally, in the amount of Thirty Thousand Dollars and Zero Cents ($30,000.00), which is inclusive of attorneys' fees and costs.


Dated: _____, 2026

                                          _____
                                          HON. PAUL A. ENGELMAYER
                                          U.S. DISTRICT JUDGE