UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MIGUEL MIRANDA, *individually and on behalf of others similarly situated*,

                             *Plaintiff,*

-against-

EZ SHOP OF 170TH ST., INC. (d/b/a EZ Shop), and VI CHAU,

                             *Defendants.*
-----------------------------------------------------------------X

Case No. **1:25-cv-02839**

**JUDGMENT**

## **JUDGMENT**

ON February 5, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Miguel Miranda, has judgment against Defendants EZ SHOP OF 170TH ST., INC. (d/b/a EZ Shop), and Vi Chau, jointly and severally, in the amount of Thirty Thousand Dollars and Zero Cents ($30,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____Feb. 6_____, 2026

                                                 _____
                                                    HON. PAUL A. ENGELMAYER
                                                    U.S. DISTRICT JUDGE